# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCO REYES-TORRES, <br>   aka "Fransico Reyes-Torres," <br>   aka "Diego Ortega-Carillo," <br>   aka "Diego Ortega-Carrillo," <br><br> Defendant. | Case No. 2:22-mj-00676-NJK <br><br> **[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** <br><br> [Docket No. 13] |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on September 13, 2022 at the hour of 4:00 p.m., be vacated and continued to December 13, 2022 at the hour of 4:00 p.m., in Courtroom 3C.

DATED this 6th day of September, 2022.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

5