**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>v.<br>FRANCISCO REYES-TORRES,<br>            Defendant. | Case No.: 2:22-cr-00199-JCM-NJK<br>**ORDER**<br>(Docket No. 18) |

Pending before the Court is the United States' motion to unseal the instant case. Docket No. 18. The United States submits that, when this case was pending on a complaint, it was not sealed; however, when the information was filed, the case was sealed. *Id*. at 2-3.

The United States improperly uses the term "Magistrate Court" when discussing the period of time that Defendant was charged on a complaint in this Court. Docket No. 21 at 2. In fact, there is "no such thing" as Magistrate Court "in our current federal system. Magistrate Judges are judges of the District Court." Hon. Lisa Margaret Smith, *Top 10 Things You Probably Never Knew About Magistrate Judges*, FED. LAW., May-June 2014, at 36, 38.

The Court has previously warned the same Assistant United States Attorney who filed the instant motion that the use of the term "Magistrate Court" is improper. *See United States v. Carrillo-Perez*, 2:21-cr-00074-APG-NJK, Docket No. 21 at n. 1. *See also United States v. Arias-Serafin*, 2:22-cr-00174-RFB-NJK, Docket No. 22 at n. 1. Additionally, the Court has warned this AUSA that continued usage of this improper term may result in sanctions. *Id*.

Accordingly, the United States' motion to unseal is **DENIED** without prejudice for failing to comply with the Court's order. Docket No. 22. Continued failure to comply with the Court's order to discontinue usage of this improper term may result in significant sanctions in the future.

IT IS SO ORDERED.

DATED: October 25, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE